IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DELIGHT N.V.                                                       PLAINTIFF
vs.                     CASE NO. **4:04CV01285GH**

TCBY ENTERPRISES, LLC., ET AL.                      DEFENDANTS

### ORDER

On August 2, 2005, the Court entered an Order granting the motion to withdraw of plaintiff's counsel. Plaintiff was granted twenty days to retain new counsel. Counsel has not entered an appearance for plaintiff.

According to the complaint, plaintiff is a corporation, with its principal place of business in Aruba. Corporations cannot appear in a judicial proceeding pro se and must be represented by counsel. *See Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996)( law does not allow a corporation to proceed pro se).

As plaintiff has failed to comply with this Order, the case is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 31st day of August, 2005.

*[signature: George Howard, Jr.]*
UNITED STATES DISTRICT JUDGE